AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 17 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States District Court | District: JACKSON |
| Name (under which you were convicted): Eric DeJuan Jones | Docket or Case No.: |
| Place of Confinement: SMCI, Leakesville, MS 39451 | Prisoner No.: 50222 |
| Petitioner (include the name under which you were convicted) MR. APPROPRIATION E., JONES (Eric De'Juan Jones) | v. Respondent (authorized person having custody of petitioner) WARDEN WILKINS |
| The Attorney General of the State of: MISSISSIPPI | |

**PETITION**

PAGE 4 OF 11 COMPLAINT III. PRISONER STATUS QUESTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   TO TRANSFER CUSTODY FROM SMCI B-2 UNIT TO PINE GROVE INPATIENT PSYCHIATRIC SETTING

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: _____

3. Length of sentence: _____

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: ON OCTOBER 7th 2022 AD 15th Judicial District Judge Anthony Muzumyo discharged me to Probation officer Darrell Cooley I objected I was sent back to SMCI, see Attached conditions of confinement Lawsuit,
   I would rather be at PINE GROVE INPATIENT MENTAL HEALTH CARE or MERIDIAN, MS INPATIENT THAN HERE

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty      ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty          ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _I believe Timothy Jero is responsible for holding me here at SMCI and electronically with DEFENDANT Lowell Henderson having me pinched, kicked and assassinated in character and life taking Deliberate Indifference attempts_

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

    ☐ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:
_____
_____
_____
_____
_____
_____
_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

AO 241 (Rev. 09/17)

  (4) Date of result (if you know): _____

  (5) Citation to the case (if you know): _____

  (6) Grounds raised: _____

_____

_____

_____

 (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

  If yes, answer the following:

  (1) Docket or case number (if you know): _____

  (2) Result: _____

_____

  (3) Date of result (if you know): _____

  (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

 (a) (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes ☐ No

  (7) Result: _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes   ☐ No
(2) Second petition:  ☐ Yes   ☐ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: On August 3, 2019 F. Keith Ball dismissed this July 29, 2019 charge without BINDING IT over to any Grand Jury

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

If a state preliminary hearing judge don't bind over a case The grand jury can't proceed. Thus can I be indicted and NEVER want to any state preliminary hearing.

(b) If you did not exhaust your state remedies on Ground One, explain why: See conditions of criminal suit against UNELL Henderson, SR, w/o have once after 12-17-2020 offered
1) prescriptions
2) counseling of service
3) DR. Newell tried to avoid county jail
4) and Atwell SS1 over $7000 to continue all would not allow purchase of a house

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

   (2) If you did not raise this issue in your direct appeal, explain why: The Estes D. Chamberlin has proceeded without honoring my SANITY or choice to read the paper docket and help present such issue

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No
   (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No
   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** I have a right to my proper pretrial docket and appeal docket prior to trial by jury and appellate briefing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Fundamentally the SSI $700w would cost me an attorney at $3000 w debts or less, but Joseph L. Turner would not allow need to help me own defense be merely guilty re the proper docket

now

Estes D. Chamberlin have filed an appellate brief wouldn't give me the APPEAL PAPER DOCKET

(b) If you did not exhaust your state remedies on Ground Two, explain why: I think every body since the claims in the attached conditions of confinement complaints have my human value less than $334, and provokes me to kill me is make me get "forced medicated with crazy meds trying to cause all (crime) re

(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No
(2) If you did not raise this issue in your direct appeal, explain why: Counsel went let me prehearing, I'm being punished for regular uncharged Zanic UCC 2008 claims (see brief)

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** Petchtree md minor child is no wrongful GJS2009

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Since Erica Loftin death, my 16 year old son have a right to choose if he wants to stay with Cedric mdeesons & Kathy Loftin. As I dnt need to have Timothy Lies more nsscs mklurch aenilse and news are from Bossy news

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: This plan needs to be annulled like I'm dead already and I lived my 16 year old catechism he'll me've the right to choose, against these "book 200k LLC odds".

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: They are emerging issues of death and life explored at the annexed suit seeking permanent injunction on name change.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____

**GROUND FOUR:** MDOC ZCAP officials are interfering at USD's probate case by failure to mail mo file

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ILL others talk to me, and do what they want, despite me having told these pupils on October 7, 2022 I was discharge. It's been 4+ months md folks treating me cruelly md cruel, and punches and kicks md threats. Me was with no canteen or phone calls. See supporting mneed lawsuit, seeking TRO & $850.00 body to MDOC, is probably arcid the way more others

(b) If you did not exhaust your state remedies on Ground Four, explain why: Not no if Hab rich Money is a "lick" per say, to be worked me future investigated md rested as found with in all they they knewing is short me knew it was U.S. Dept of Treasury kindly from NOTICE of repear

(c)   **Direct Appeal of Ground Four:** #3

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Emerging issue of sudden death, walwen harm, la inshreer I dnt have mattress or issamee, y/s propely loss

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Personally, no others feel or has felth about me doing this, I must Alledge here. I feel the same way IL they are Imprisoned and serve true!

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: MDOC is trying to fix the epps scandal w reuse, that compells the Attached lawsuit against the 4 Defendants and court order to stop MASS Imprisonment of MANY persons by federal prosecutors who could Arrest over 1000's of convicts, MDOC staff and Minnesota Penniless nucleus residents!

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: I even recently went to the U.S. Supreme Court with extraordinary writ of mandamus and The Mississippi Supreme Court, invoking the Rule 15 and Rule 21 response of Miss Supreme Court

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: when this petition shall with the annexed conditions of confinement crimes that UPDATE Even That court has BAD this matters. atoms

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. The transfer from the wrong law jurisdiction is evident to said Justices for the SSA NEW Discontinue SSI funds, that I am in the wrong Ct. Jurisdiction, to await Transfer to imminent settling after October 2, 2020 as change getting leveled, and punish shall erupt Death suddenly wherein the true con moyen Shuttle foods in most severe re-entry

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. -- Even if all family is dead, my Minor child is being lent wrong -- Individually I cant go on with my life as the State Atty Not SERVE affidavits & indictments in my Forrest county & JDC county ONLY Threats!

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Less than 1 year Ago Petitioner was with $7000.00 SSI ongoing payments forced to A Jury Trial in Jefferson Davis County before Judge Prentiss Greene Harrell who on May 21, 2021 un fairly never Asked if I could Afford An Attorney or would like to use my SSI

AO 241 (Rev. 09/17)

of $7000.00 cash fee hire a paid attorney at the reading of the indictment NO.33-20-CR-25-PH, that allegedly October 12, 2020 of a March 2020 Grand Jury Term citizens of Jefferson has early returned. The 1st Docket entries noted by Appeal Counsel George T. Holmes now Tukura R Chamberlain has proceeded to file an APPLICANT BRIEF AGAINST my objection ---- because 1) The pretrial docket nor 2) APPELLATE DOCKET HAD NOT BEEN FIRST TIME COPY MADE AVAILABLE TO ME THE PETITIONER -- Before that February 2021 Jury Trial nor subsequently have the APPELLATE TRANSCRIPTS nor RECORD been made available to me PRIOR TO APPELLANT BRIEFING. This is ASSURES THAT APPEALS ZE RAILROAD: ARE CLASSIFIED AGAINST my own REVIEW in prior to Jury Trial And 3) Appellant Briefing while the Officers who are dictating this RAILROAD ---- are not subjected to PERMANENT FEDERAL EXTINGUISHMENT OF UNITED STATES CITIZENSHIP and are merely Intentionally Inflicting Extreme Emotional Anguish properly TO CAUSE & PROMOTE SUDDEN or ZMRENIM

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

[margin note: DeFEAT tH.]

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Transfer to another Pre Belt inpatient Medical or Hospital setting for Informed Consensual Several testing_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  02/06/23  (date).

_Eric DelGuenfro_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____

Page 16 of 16