IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERIC DE'JUAN JONES, # 50222**                                                      **PETITIONER**

**v.**                                                      **CIVIL ACTION NO. 2:23-cv-30-TBM-RPM**

**WARDEN WILKINS**                                                                    **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 27th day of June, 2023.

TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE